**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7324

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

FREDDIE LEE CURRY, a/k/a King of da Hood, a/k/a Rat,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Cameron McGowan Currie, Senior District Judge.  (1:08-cr-00729-CMC-4)

Submitted:  July 20, 2023                          Decided:  July 24, 2023

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Freddie Lee Curry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddie Lee Curry appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Curry*, No. 1:08-cr-00729-CMC-4 (D.S.C. Nov. 1. 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*